UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jane Doe NLG 2 (V.F.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08545-CRB<br><br>*Jane Doe NLG (N.S.) v. Uber Technologies, Inc., et al.*, No. 3:25-cv-08186-CRB | Case No. 3:23-md-03084-CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 5<br><br>Judge: Honorable Charles R. Breyer |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion to Reconsider Order Dismissing Cases for Failure to Comply with PTO 5, the Court hereby GRANTS Plaintiffs' Motion for Reconsideration and AMENDS its Order Dismissing Cases for Failure to Comply with PTO 5 (ECF No. 4966) to remove Plaintiffs Jane Doe NLG 2 (V.F.), 3:25-cv-08545-CRB and Jane Doe NLG (N.S.), 3:25-cv-08186-CRB.

**IT IS SO ORDERED.**

DATED: February 13, 2026



_____
Hon. Charles R. Breyer
United States District Judge

1

CASE NO. 3:23-MD-03084-CRB    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH PTO 5